IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY W. FAKOURI; and | * | |
| ARKANSAS INSURANCE AGENCY, INC., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:11-cv-00747-SWW |
| | * | |
| THE PENN MUTUAL LIFE INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |

ORDER

The parties have presented to the Court a Consent Order stating that they are attempting to settle this ERISA action and requesting that the Court's ERISA Scheduling Order and all deadlines therein be stayed for a period of thirty (30) days. Having considered the matter, the Court grants the parties' request and hereby stays the ERISA Scheduling Order [doc.#8] entered on November 23, 2011 and all deadlines therein for a period of thirty (30) days from the date of entry of this Order.

IT IS SO ORDERED this 23rd day of January 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE