IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY W. FAKOURI; and<br>ARKANSAS INSURANCE AGENCY, INC., | *<br>*<br>* | |
| Plaintiffs, | *<br>* | |
| vs. | *<br>*<br>*<br>* | No. 4:11-cv-00747-SWW |
| THE PENN MUTUAL LIFE INSURANCE<br>COMPANY, | *<br>*<br>* | |
| Defendant. | * | |

## ORDER

There being no objection, the motion [doc.#13] of plaintiffs to dismiss this action without prejudice is hereby granted. Should plaintiffs refile this action in this Court, defendant may seek an order for costs pursuant to Fed.R.Civ.P. 41(d).

IT IS SO ORDERED this 29th day of February 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE